AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | United States District Court, Central District of Illinois | 08/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/29-6/6 | John Marshall Law School Teaching Income (one week trial advocacy course smmer 2018) | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanly Smith Barney Acct. 1 | A | Interest | K | T | | | | | |
| 2. IRA 1 - Lines 2-43 | | | | | | | | | |
| 3. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 4. -ABBVIE(ABBV) | A | Int./Div. | K | T | | | | | |
| 5. -Alphabet Inc. CLC (Goog)See Explanation Part VIII | A | Int./Div. | J | T | | | | | |
| 6. -Bank of America Corp. (BAC) | A | Int./Div. | K | T | | | | | |
| 7. -Barrick Gold Corp CAD (ABX) | A | Int./Div. | J | T | | | | | |
| 8. -Berkshire Hatthaway Inc. CL B (BRK'B) | A | Int./Div. | K | T | | | | | |
| 9. -Biogen IDEC Inc. (BLLB) | A | Int./Div. | K | T | | | | | |
| 10. -Chubb Corp. (CB) | A | Int./Div. | J | T | | | | | |
| 11. -Cisco Sys. Inc. (CSCO) | B | Int./Div. | K | T | | | | | |
| 12. -EBAY Inc. (EBAY) | A | Int./Div. | J | T | | | | | |
| 13. -Fluor Corp. New (FLR) | A | Int./Div. | J | T | | | | | |
| 14. -Freeport McMoran Copper & Gold (FCX) | A | Int./Div. | J | T | | | | | |
| 15. -Gamestop Corp CLA New (GME) | A | Int./Div. | J | T | | | | | |
| 16. -General Electric | A | Int./Div. | J | T | Buy | 11/17/17 | J | | |
| 17. -Home Depot Inc. (HD) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Intel Corp. (INTC) | A | Int./Div. | J | T | | | | | |
| 19. -Intl. Business Machines Corp. (IBM) | A | Int./Div. | K | T | | | | | |
| 20. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 21. -Juniper Networks Inc. (JNPR) | A | Int./Div. | J | T | | | | | |
| 22. -Kopernik Glb all Cap Instl | A | Int./Div. | J | T | | | | | |
| 23. -Kraft Heinz Co. (KHC) | A | Int./Div. | J | T | | | | | |
| 24. -L3 Communications Hldgs Inc. (LLL)(n/k/a L3 Technologies, Inc.) | A | Int./Div. | J | T | | | | | |
| 25. -McKesson Corporation (MCK) | A | Int./Div. | J | T | | | | | |
| 26. -Microsoft Corp. (MSFT) | B | Int./Div. | K | T | | | | | |
| 27. -Mondelez Intl. (MDLZ) | A | Int./Div. | J | T | | | | | |
| 28. -Oaktree Capital CP LLC UT-A | A | Int./Div. | J | T | | | | | |
| 29. -Pepsico Inc. (PEP) | A | Int./Div. | K | T | | | | | |
| 30. -Paypal Hldgs. (PYPL) | A | Int./Div. | K | T | | | | | |
| 31. -Pfizer Inc. (PFE) | B | Int./Div. | K | T | | | | | |
| 32. -Pimco (PCI) | A | Int./Div. | K | T | | | | | |
| 33. -State Street Cor. (STT) | A | Int./Div. | J | T | | | | | |
| 34. -Taiwan Semiconductor Mfg. (TSM) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Texas Instruments Inc. (TXN) | A | Int./Div. | K | T | | | | | |
| 36. -United Parcel Service CLB (UPS) | A | Int./Div. | J | T | | | | | |
| 37. -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 38. -Viacom Inc. (VIAB) | A | Int./Div. | J | T | | | | | |
| 39. -VISA Inc. Com CLA (V) | B | Int./Div. | K | T | | | | | |
| 40. -Vodafone Group PLC Spons (VOD) | A | Int./Div. | J | T | | | | | |
| 41. -Walgreens (WAG) n/k/a Walgreen Boots (WBA) | A | Int./Div. | J | T | | | | | |
| 42. -Walt Disney Co. (DIS) | B | Int./Div. | L | T | | | | | |
| 43. -Morgan Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | M | T | | | | | |
| 44. IRA 2 (Lines 44-47) | | | | | | | | | |
| 45. -Consolidated Edison Inc. (ED) | C | Int./Div. | J | T | | | | | |
| 46. -Legg Mason CB Large Cap Growth SBLGX | A | Int./Div. | J | T | | | | | |
| 47. -Morgn Stanly Smith Barney Bank Deposit Program - Cash | A | Int./Div. | J | T | | | | | |
| 48. Morgan Stanley Smith Barney Acct. 2 (Lines 48-51) | | | | | | | | | |
| 49. -Legg Mason CB Appreciation CL SHAPX | A | Int./Div. | K | T | | | | | |
| 50. -Legg Mason Clearbridge Aggress - SHRAX | A | Int./Div. | K | T | | | | | |
| 51. -Morgan Stanley Smith Barney Bank Deposit Program - Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   MSSB Acct. 3 (Lines 52-68) | | | | | | | | | |
| 53.   -Alcoa Inc. (AA) | A | Int./Div. | | | Sold | 12/27/18 | J | | |
| 54.   -Arconic (ARNC)(x) | A | Int./Div. | | | Sold | 12/17/18 | J | | |
| 55.   -Bed Bath & Beyond (BBBY) | A | Int./Div. | J | T | | | | | |
| 56.   -Citigroup Inc. NEW | C | Int./Div. | K | T | | | | | |
| 57.   -Eaton Corp PLC SHS | A | Int./Div. | J | T | | | | | |
| 58.   -General Mills (GLS) | A | Int./Div. | J | T | Buy | 12/27/18 | J | | |
| 59.   -Gilead Science (GILD) | A | Int./Div. | J | T | | | | | |
| 60.   -Hortonworks Inc. Com(HDP) | A | Int./Div. | J | T | | | | | |
| 61.   -Intl. Business Machines (IBM) | A | Int./Div. | J | T | Buy | 12/27/18 | J | | |
| 62.   -Ishares Core MSCI Emerging (IEMG) | A | Int./Div. | J | T | Buy | 12/27/18 | J | | |
| 63.   -Newel Brands Inc. (NWL) | A | Int./Div. | J | T | Buy | 12/27/18 | J | | |
| 64.   -SPDR Trust Series 1 (SPY) | A | Int./Div. | L | T | | | | | |
| 65.   -Target | A | Int./Div. | J | T | | | | | |
| 66.   -Viacom (VIAB) | A | Int./Div. | J | T | Buy | 12/27/18 | J | | |
| 67.   -Walgreen Co. n/k/a Walgreens Boots Alliance (WBA) | B | Int./Div. | J | T | | | | | |
| 68.   - Morgan Stanley Smith Barney - Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Morgan Stanley Smith Barney Acct. 4 (All Cash) | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 16 - General Electric was purchased on November 17, 2017 and inadvertently left off prior years report.

Part VII - Per a letter dated August 7, 2019 from the Judicial Conference I have reviewed my 2018 Financial Disclosure and determined amendment was required. I have amended Part VII - Line 43 to show interest income reportable.
I have also amended Part VII - Lines 2, 44, 48, and 52 where in I listed IRA1, IRA2, MSSB Acct 2 and MSSB Acct 3 as a header and completed Column C when it was not necessary to complete columns B and C when headers are used.
In addition, while reviewing, I realized that Line 69 MSSB Acct 4 would also require amending to show interest income reportable and amended accordingly.

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 08/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544